UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 10-CR-0345 PJS/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Marlon Louis Danner, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 25, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss Count 11 [Docket No. 22] is GRANTED;

2. The Government's motion to dismiss Count 11 [Docket No. 41] is DENIED as moot; and

3. Count 11 of the Indictment is DISMISSED.

DATED: June 9, 2011.              s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge